MILTON E. BENNETT, Respondent, *v.* MAYBELLE E. A. D. BENNETT, Appellant.

(Argued February 27, 1935; decided March 19, 1935.)

*Victor A. Pascal, Sidney Jacobi* and *Howard Lichten-stein* for appellant.

*William A. Smith* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.